IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20304
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GOMEZ-CASTELLON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-746-ALL
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:*

Jose Gomez-Castellon ("Gomez") appeals from his conviction

and sentence for illegal reentry into the United States after

commission of an aggravated felony.  His sole argument on appeal

is that 8 U.S.C. § 1326(b), which was used to enhance his

sentence based on his prior aggravated felony conviction, is

unconstitutional.  Gomez acknowledges that his argument is

foreclosed by the Supreme Court's decision in <u>Almendarez-Torres</u>

<u>v. United States</u>, 523 U.S. 224 (1998), but he seeks to preserve

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the issue for Supreme Court review in light of the decision in
Apprendi v. New Jersey, 530 U.S. 466, 490 (2000).

Apprendi did not overrule Almendarez-Torres. See Apprendi,
530 U.S. at 489-90, 496; United States v. Dabeit, 231 F.3d 979,
984 (5th Cir. 2000), cert. denied, 531 U.S. 1202 (2001). Gomez's
argument is foreclosed. Accordingly, the judgment of the
district court is AFFIRMED.